PRIDE and another, Appellants, vs. FIRST TRUST COMPANY OF APPLETON and others, Respondents.

For the appellants: *Frank E. McAllister* of St. Paul, Minnesota, and *Ellsworth C. Smith* of Tomahawk.

For the respondents: *Heber H. Pelkey* of Appleton, for the First Trust Company of Appleton; *Fisher, Cashin &*

*Reinholdt* of Stevens Point, for the Wisconsin Valley Trust Company and the Tomahawk Kraft Paper Company; *Brazeau & Graves* of Wisconsin Rapids, for the Consolidated Water Power & Paper Company; and *Miller, Mack & Fairchild* of Milwaukee, for the Wisconsin Public Service Corporation and J. P. Pulliam.

*By the Court.*——Judgment affirmed.